UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PIERCE MANUFACTURING INC., <br><br> Plaintiff, <br><br> vs. <br><br> SPARTAN FIRE, LLC, <br><br> Defendant. | Case No. 3:20-cv-00471-MMD-WGC <br><br> **ORDER TRANSFERRING CASE TO THE GREEN BAY DIVISION OF THE EASTERN DISTRICT OF WISCONSIN** |

Plaintiff Pierce Manufacturing Inc. ("Pierce") and Defendant Spartan Fire, LLC ("Spartan Fire") jointly moved to transfer this case to the Eastern District of Wisconsin, Green Bay Division pursuant to 28 U.S.C. § 1404.  Having considered the motion and stipulation, and finding them to establish good cause, this Court orders that this case should be transferred to the Green Bay Division of the Eastern District of Wisconsin.

IT IS SO ORDERED.

DATE: October 1, 2020

_____

UNITED STATES

DISTRICT JUDGE

1